**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PEDRO JOSE CABAS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1382-G** |
| | ) | |
| **WARDEN, Diamondback Correctional Facility, et al.,** | ) | |
| | ) | |
| | ) | |
| **Respondent.** | ) | |

# ORDER

On June 11, 2026, Petitioner Pedro Jose Cabas filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

On July 17, 2026, Judge Mitchell issued a Report and Recommendation ("R. & R.," Doc. No. 11) recommending that this action be dismissed as moot. *See id.* at 1-5; *see also Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026). In the R. & R., Judge Mitchell advised the parties of their right to object to the R. & R. by August 6, 2026. Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R. or sought leave for additional time to do so.[1]

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 11) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 19th day of October, 2026.

CHARLES B. GOODWIN
United States District Judge

[1] The R. & R. was mailed to Petitioner but was returned as undeliverable, *see* Doc. No. 12.